ACCEPTED
06-15-00090-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 4:26:55 PM
DEBBIE AUTREY
CLERK

# No. 06-15-00090-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 4:26:55 PM
DEBBIE AUTREY
Clerk

IN THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS

TEXAS DEPARTMENT OF TRANSPORTATION,

*Appellant*

v.

HALEY BROWN,

*Appellee*

UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes now, Haley Brown, the Appellee in the above case and file this Unopposed Motion to Extend Time to File Response to Appellant's Brief, and shows as follows:

## BACKGROUND

1.      This is an appeal in a civil case, wherein Defendant / Appellant Texas Department of Transportation is appealing the Court's Order Denying Texas Department of Transportation's Motion to Dismiss for Lack of Jurisdiction and No Evidence Motion for Summary Judgment (the "Appealed Order"). The Appealed Order was signed on September 23, 2015 by the Hon. Will Biard, presiding over the 62nd Judicial District Court of Lamar

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**          **PAGE 1**

County, Texas, in Cause No. 82395, styled *Haley Brown v. RK Hall Construction, Ltd., Stacy Lyon, d/b/a Lyon Barricade & Construction, and Texas Department of Transportation*. The Trial Court later signed an order severing case number 82395, thereby placing all defendants other than the Texas Department of Transportation into trial court cause number 84841; which is being separately appealed to this Court as Case No. 06-15-00099-CV.

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

2.     In the instant case, Defendant / Appellant Texas Department of Transportation filed its Notice of Interlocutory Appeal on October 20, 2015. The Clerk's Record was filed in this case on October 23, 2015. The Reporter's Record was filed in this case on October 27, 2015.

3.     Appellant's Brief was initially due in this appeal on November 16, 2015. After this Court granted Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief, Appellant filed its brief on December 4, 2015.

4.     Accordingly, Appellee's Brief in this appeal is currently due to be filed on December 24, 2015.

5.     Appellee requests an extension of time to file Appellee's Brief until Tuesday, January 23, 2016, which is thirty (30) days after the current due date of December 24, 2015.

6.     This is Appellee's first request for extension of time to file Appellee's Brief in this appeal.

7. Good cause exists for this request for extension of time. The deadline to file Appellee's Brief is currently the day before Christmas. With the holidays, Appellee's counsel's trial docket, and another appeal in which Appellee and Appellee's counsel are involved arising from the same trial court proceeding below, there is not adequate time to complete Appellee's Brief by the current due date.

8. Specifically, at the trial court level, prior to denying Appellant's motion for summary judgment which is the subject of this appeal, the trial court granted motions for summary judgment filed by Appellant's co-defendants, R.K. Hall Construction, Ltd., R.K.H. Capital, LLC and Stacy Lyon d/b/a Lyon's Barricade & Construction. The claims against R.K. Hall and Lyon's Barricade were severed, and the severed cause is now on appeal in this Court in Appeal No. 06-15-00099-CV, styled *Haley Brown, Appellant v. R.K. Hall Construction, Ltd., R.K.H. Capital, LLC and Stacy Lyon d/b/a Lyon's Barricade & Construction*. Appellee in this appeal (who is also the Appellant in Appeal Case No. 06-15-00099-CV) has just requested the clerk's and court reporter's records from the severed cause, and appellant's briefing therein will have to commence. Thus, in addition to his normal trial docket, Appellee's counsel will be preparing appellant's brief and other necessary documents in the related appeal. Given that the Christmas holidays falls square in the middle of all of this appellate activity, Appellee's counsel will be disadvantaged in this appeal unless the extension requested herein is granted.

9.      Moreover, the extension sought herein will not materially delay the disposition of the case.   Although this appeal is on an accelerated schedule due to the fact it is an interlocutory appeal, delay in the finality of this appeal will not delay the underlying trial of this matter.   As noted above, there is another appeal pending in this Court arising from the same suit filed below.    Until Appeal No. 06-15-00099-CV is fully decided, the trial court cannot proceed to trial in the suit below, as the trial judge desires to have a single trial from the one set of facts giving rise to the underlying suit.    Thus, delaying this interlocutory, accelerated appeal will not delay the trial in the underlying suit.

10.      This Motion is unopposed. Counsel for Appellee has conferred by phone with counsel for Appellant, and all counsel agreed that the extension of time requested herein will not delay the trial in the trial court below, and thus, this motion is not opposed.

Wherefore, premises considered, Appellee respectfully requests that the Court extend the time for filing Appellee's Brief to January 23, 2016.

Respectfully submitted:

By: _____

KEVIN W. VICE
State Bar No. 00785150
kvice@mmvllp.com
DALE H. HENLEY
State Bar No. 24048148
dhenley@mmvllp.com

5368 State Hwy. 276
Royse City, Texas 75189
(469) 402-0450
(469) 402-0461 (Facsimile)

Attorneys for Appellee

## Certificate of Conference

I hereby certify that I conferred with counsel for the Appellant –Texas Department of Transportation about this requested extension of time. The Appellant does not oppose the extension. Therefore, this motion is submitted as "unopposed".

_____
KEVIN W. VICE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, **on this 18th day of December, 2015:**

Garland Williams                                                    *Via E-File Service*
Transportation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548


_____
KEVIN W. VICE